UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RUTH E. SEE,

    Plaintiff,

v.                                              Case No: 5:22-cv-658-JSM-PRL

ALINA COMMUNITY CENTER AT
MOUNT DORA, LLC., a Florida Limited
Liability Company,

    Defendant.
_____

**ORDER**

THIS CAUSE comes before the Court on the Joint Motion for Approval of Settlement with Prejudice (Dkt. 44). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion for Approval of Settlement with Prejudice (Dkt. 44) is GRANTED.

2. The settlement is approved.

3. This action is DISMISSED WITH PREJUDICE.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of February, 2024.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record